1
2
3
4
5
6
7
UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SIMONA TANASESCU, et al., | Case No. 8:17-cv-01513-DOC (JDEx) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| MATTHEW M. KREMER, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Motion for Relief from the November 6, 2017 Order (Dkt. 76, "Motion") filed by Plaintiff Simona Tanasescu ("Plaintiff"), the Report and Recommendation of the assigned United States Magistrate Judge, and the Objections thereto filed by Plaintiff. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED that:

1.     The Report and Recommendation is approved and accepted.

2.     The Motion (Dkt. 76) is DENIED and the claims in this action purportedly brought on behalf of and in the name of minor S.T. are dismissed

without prejudice.

3.     The Application filed by Plaintiff on April 13, 2018 "for Court's Request for Minor's Counsel and for Appointment of Counsel to Represent S.T. and Declaration in Support" (Dkt. 96), the substance of which has been previously denied by the Court and which seeks relief previously requested in the Motion, is also DENIED for the reasons stated in the Report and Recommendation.

Dated: May 15, 2018

_David O. Carter_
DAVID O. CARTER
United States District Judge